M/D 1

# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

Ronald Devone Balcom )
AIS 158439 )
_____ )
Full name and prison name of )
Plaintiff(s) )
 )
v. ) CIVIL ACTION NO. 1:19-cv-00081-WHA-CSC
 ) (To be supplied by Clerk of U.S. District
Donald Velenza ) Court)
Jason Smoats )
Commander Brazier )
Commissioner )
_____ )
 ) Amended Complaint
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☐   NO ☒

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s) _____ N/A _____

      Defendant(s) _____

   2. Court (if federal court, name the district; if state court, name the county)

      _____ N/A _____

3. Docket number ___N/A___

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) ___N/A___

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT ___Houston County Jail___

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED ___Houston County Jail___

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Donald Valenza | 901 East Main St |
| 2. | Jason Smoats | 901 East Main St |
| 3. | Commander Brazier | 901 East Main St |
| 4. | Commissioner | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ___March & April 2018___

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ___8th and 14 Amendment violation Jail Conditions which violated protected Due process___

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Sheriff VALENZA, SMOATS, Brazier, Commissioner, AND ALL NAMED Defendants Refuse to provide the proper Medical treatment for plaintiffs Medical Hernia. plaintiff Hernia HAS Been diagnosied by Medical Doctors AND Declared THAT surgery HAS required. plaintiff on or About April was under Severe PAIN AND AT THE STAGE ⎬ SEE ATCHED

GROUND TWO: Plaintiff HAS been Diagnosied for Depression AND HAS Been Treated With Celexa AND Trasadom - Defendants Condition WAS Worsened, P.A. Jason Smoats WAS refused To Help

SUPPORTING FACTS: On or About April 13, 2018 plaintiff reported that He WAS Never depressed And could not sleep he need Help - P.A. Smoats refused! To this DAY, Plaintiff HAS Not receiven No Help! plaintiff Is suffering With Mood, SWINGS, WAKING up At Nights With Cold sweats, THe Medicine Is No longer Working. ⓑ Plaintiff Is denied both physical AND Mental Treatment

GROUND THREE: Denial of ADA Provider AND Provisions

SUPPORTING FACTS: Plaintiff Comes Under A Known Disability Defendants of Houston County Jail refuse to provide the HANdicap Disability Showerbath Needs for all who come under American Disability Act. Houston County Defendants refuse to provide A Means to Have A A.D.A. Coordinator to reveiw obvious Disability Needs. There's people With Hernia's, People In Wheel chairs, And people WITH stokes, And the pod is not equiped for US

Ground 1

of Death AND or Serious Medical Injury, That plaintiff HAD TO HAVE MEDICAL Medical ASSISTANCE. Defendants Refused TO TAKE plaintiff to the hospital to Receive the operation, And Defendants HAVE All ACTED In Malicous Disregard for the obuious Medical needs to which plaintiff needs After Doctors At the Medical in Dothan, Southeast Medical, AND Enterprise Medical center In Enterprise, Alabama had Sethule Surgery

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

(1) plaintiff seeks to declare that Each NAMED Defendant was Knowingly AND Intentionally Violate plaintiffs Constitional rights

(2) plaintiff seeks damages of 100,000 dollars hundred thousand dollars

(3) serve each defendant AND for All Medical records to be produced

(4) plaintiff demands trial by Jury

*Ronald Balcom*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-6-2019
(Date)

*Ronald Balcom*
Signature of plaintiff(s)

Ronald Balcom # 34472
901 East Main Street
Dothan, AL 36301    WK-POD



MONTGOMERY AL 360
07 FEB 2019 PM 4  L FOREVER
Barn Swallow

Houston County Jail
Inmate Mail

Office of Clerk
Federal Courthouse
One Church St
Montgomery AL
36104

36104-401601